UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW THOMAS RODRIGUEZ, | No.  2:25-cv-01309-DAD-CSK (PS) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION FOR FAILURE TO PROSECUTE |
| SACRAMENTO POLICE DEPARTMENT, | |
| Defendant. | (Doc. Nos. 8, 15) |

Plaintiff Andrew Thomas Rodriguez is a state prisoner proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 302(c)(21).

On September 11, 2025, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure due to plaintiff's failure to prosecute this action and to abide by court orders and that defendant's pending motion to dismiss (Doc. No. 8) be denied as rendered moot by the order of dismissal.  (Doc. No. 15 at 1–4.)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at

/////

1

5.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has long since passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1.    The findings and recommendations issued on September 11, 2025 (Doc. No. 15) are adopted in full;

2.    This action is dismissed without prejudice due to plaintiff's failure to prosecute this action and abide by court orders;

3.    Defendant's motion to dismiss (Doc. No. 8) is denied as having been rendered moot by this order; and

4.    The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **March 11, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2